**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 94-7119**

---

BRUCE E. ANDERSON,

Plaintiff - Appellant,

versus

WARDEN, Bland Correctional Center,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge. (CA-93-759)

---

Submitted:  November 30, 1995        Decided:  April 19, 1996

---

Before HALL, NIEMEYER, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Bruce E. Anderson, Appellant Pro Se.  Katherine P. Baldwin, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals from the magistrate judge's order denying relief on his 28 U.S.C. § 2254 (1988) petition.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Anderson v. Warden</u>, No. CA-93-759 (E.D. Va. Sept. 26, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

   [*] The parties consented to disposition by a magistrate judge pursuant to 28 U.S.C. § 636(c) (1988).